1  JOSEPH H. HARRINGTON
2  Acting United States Attorney
   Eastern District of Washington
3  Benjamin D. Seal
4  Assistant United States Attorney
   402 E. Yakima Avenue, Suite 210
5  Yakima, Washington  98901
6  (509)  454-4425

7          IN THE UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF WASHINGTON
8

9  UNITED STATES OF AMERICA,

10
                  Plaintiff,                    INDICTMENT
11
                                                Vio: 21 U.S.C. §§ 841(a)(1),
12       vs.                                    (b)(1)(A)(viii), 846 - Conspiracy to
13                                              Distribute 50 Grams or More of Actual
   OSVALDO FIGUEROA,                            (Pure) Methamphetamine
14
                                   ,
15                                              21 U.S.C. §  853
                                  ,             Notice of Criminal Forfeiture
16                                      ,
17                                 ,
18                                         ,
19                                       ,
20                                         ,
21                                      ,
22                                    ,
23
                  Defendants.
24

25

26

27

28

   INDICTMENT                          1



The Grand Jury charges:

Beginning on a date unknown but at least by on or about June 1, 2014, and continuing to on or about July 18, 2017, in the Eastern District of Washington, the Defendants, OSVALDO FIGUEROA, ████████████████, ████████████████████████████████████████████████████████████████████████████████████████████████████████████████ and ████████████ ████████, knowingly and intentionally combined, conspired, confederated and agreed each other and with other persons, both known and unknown, to commit the following offense against the United States: distribution of 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii); all in violation of 21 U.S.C. § 846.

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 21 U.S.C. § 853.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. §§ 841(a)(1), 846, as alleged in this Indictment, the Defendants, OSVALDO FIGUEROA, ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████, and ████████████████████████, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and

INDICTMENT                                  2

any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense(s).

If any forfeitable property, as a result of any act or omission of the Defendants:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DATED:  July 18, 2017.

A TRUE BILL

Foreperson

JOSEPH H. HARRINGTON
Acting United States Attorney

Thomas J. Hanlon
Supervisory Assistant United States Attorney

Benjamin D. Seal
Assistant United States Attorney

INDICTMENT                                    3