JOSEPH H. HARRINGTON
Acting United States Attorney
Eastern District of Washington
Benjamin D. Seal
Assistant United States Attorney
402 E. Yakima Avenue, Suite 210
Yakima, Washington 98901
(509) 454-4425

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:17-CR-2038-SMJ |
| Plaintiff, | SUPERSEDING INDICTMENT |
| vs. | Vio: 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), 846 - Conspiracy to Distribute 50 Grams or More of Actual (Pure) Methamphetamine |
| OSVALDO FIGUEROA aka MARTIN FIGUEROA, CESAR GARCIA-SANCHEZ, MIGUEL VILLA, JOSE JUAN VALENCIA-BRAVO, JOSE CERVANTES-VARGAS, ███████████, JOSHUA ALLEN BASHAW, CHARLES ALAN ROGERS, MATTHEW DUAINE HASENOEHRL, DANIEL MARTINEZ-IZAZAGA, AURORA GALVAN, JUAN ALBERTO MARTINEZ, DANIEL REYES-MORFIN, SAUL CAMACHO-REYES, MARIA RODRIGUEZ, and ███████████, | 21 U.S.C. § 853 Notice of Criminal Forfeiture |
| Defendants. | |

SUPERSEDING INDICTMENT     1

The Grand Jury charges:

Beginning on a date unknown but at least by on or about June 1, 2014, and continuing to on or about July 25, 2017, in the Eastern District of Washington, the Defendants, OSVALDO FIGUEROA aka MARTIN FIGUEROA, CESAR GARCIA-SANCHEZ, MIGUEL VILLA, JOSE JUAN VALENCIA-BRAVO, JOSE CERVANTES-VARGAS, ███████████████████████, JOSHUA ALLEN BASHAW, CHARLES ALAN ROGERS, MATTHEW DUAINE HASENOEHRL, DANIEL MARTINEZ-IZAZAGA, AURORA GALVAN, JUAN ALBERTO MARTINEZ, DANIEL REYES-MORFIN, SAUL CAMACHO-REYES, MARIA RODRIGUEZ, and ███████ ███████, knowingly and intentionally combined, conspired, confederated and agreed together and with each other and with other persons, both known and unknown, to commit the following offense against the United States: distribution of 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii); all in violation of 21 U.S.C. § 846.

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Superseding Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 21 U.S.C. § 853.

SUPERSEDING INDICTMENT 2

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. §§ 841(a)(1), 846, as alleged in this Superseding Indictment, the Defendants, OSVALDO FIGUEROA aka MARTIN FIGUEROA, CESAR GARCIA-SANCHEZ, MIGUEL VILLA, JOSE JUAN VALENCIA-BRAVO, JOSE CERVANTES-VARGAS, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, JOSHUA ALLEN BASHAW, CHARLES ALAN ROGERS, MATTHEW DUAINE HASENOEHRL, DANIEL MARTINEZ-IZAZAGA, AURORA GALVAN, JUAN ALBERTO MARTINEZ, DANIEL REYES-MORFIN, SAUL CAMACHO-REYES, MARIA RODRIGUEZ, and ▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense(s).

If any forfeitable property, as a result of any act or omission of the Defendants:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DATED: August 8, 2017.

A TRUE BILL

Foreperson

JOSEPH H. HARRINGTON
Acting United States Attorney

Thomas J. Hanlon
Supervisory Assistant United States Attorney

Benjamin D. Seal
Assistant United States Attorney

SUPERSEDING INDICTMENT 4