FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 13 2017

SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>OSVALDO FIGUEROA ,<br><br>    Defendant. | NO. 1:CR- 17 - 2038 -SMJ- 1<br><br>DEFENDANT'S STATEMENT OF REASONS IN SUPPORT OF THE MOTION TO CONTINUE TRIAL |

    My attorney has advised me of my right under the Speedy Trial Act, 18 U.S.C. § 3161, to go to trial within a seventy-day period. My attorney has also advised me that a continuance of the trial is needed, and we discussed the reasons for a continuance.

    A motion to continue the trial has been filed.

    My attorney has advised me, and I understand that, if the Court grants the motion to continue that all time between the date the motion to continue was filed and the new date for trial will be excluded from the speedy-trial period under the Speedy Trial Act.

    After reviewing the motion and discussing the reasons for the requested continuance with my attorney, I knowingly and voluntarily ask this Court to grant that motion to continue and reset the trial date from its current date of 10/02/2017 to a date not later than 2/05/2018 for the following reasons as found in 18 U.S.C. § 3161: _____

The requested continuance is necessary for the proper defense of Defendant.

Defendant's Statement of Reasons in Support of Motion to Continue Trial - 1      Rev. 3/8/2016

1
2 _____
3 _____
4 _____.

5
6   I declare under penalty of perjury that the foregoing is true and correct.
7
   *Osbaldo Figueroa*
   Defendant
8  Date: 9/13/17

9  I have read this form and discussed the contents with my client.
10
   *[signature]*
   Counsel for Defendant
11 Date: 9/13/17

12
13 I have translated this form into a language in which the Defendant is conversant. If questions have arisen, I have notified the Defendant's counsel of the questions and have not offered not given advice nor personal opinions.
14
   *Estela Castro*
15 Interpreter (printed name)
   *[signature]*
16 Interpreter (signature)
   Date: 9/13/2017
17
18
19
20
21
22
23
24
25
26
27
28 Defendant's Statement of Reasons in Support of Motion to Continue Trial - 2          Rev. 3/8/2016